# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH JANET CAZARES,<br><br>          Plaintiff,<br><br>     vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 1:24-cv-01430-JLT-CDB<br><br>Hon. Jennifer L. Thurston<br><br>[~~PROPOSED~~] ORDER) |

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby **APPROVES** the Joint Stipulation and **ORDERS** as follows:

1.  Defendant **SHALL** pay Plaintiff $3,500.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by August 18, 2025.

3.  This case is **DISMISSED**.

4.  The Court will retain jurisdiction until September 19, 2025, to enforce the settlement terms including attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **May 20, 2025**

_____
UNITED STATES DISTRICT JUDGE